# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.13-cv-02769-RM-MEH

MICHAEL ROSE and
DEBORAH ROSE,

    Plaintiffs,

v.

TWIN CITY FIRE INSURANCE CO.; and
THE HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court upon the parties' Stipulated Motion to Dismiss All Claims With Prejudice in the captioned matter.  The Court, having reviewed the same, and being fully advised of the premises, hereby finds and concludes:

The parties' request for dismissal with prejudice of this action is hereby GRANTED, each party to pay his, her or, its own attorney fees and costs.

DONE AND SIGNED this 10th day of March, 2014.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge